UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF GREATER
NEW YORK LOCAL UNION 1974, AFFILIATED
WITH INTERNATIONAL UNION OF ALLIED
PAINTERS AND ALLIED TRADES, AFL-CIO,

                        Petitioner,                     21 **CIVIL** 1938 (LJL)

                     -against-                       **JUDGMENT**

PRECISION INTERIORS CORP. a/k/a
PRECISION INTERIOR CONSTRUCTION
CORP.,

                        Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 8, 2021, the Petition and the motion for summary judgment are GRANTED and the Award is CONFIRMED. Judgment is entered in favor of Petitioner and against Respondent as follows:

(i)    Precision shall pay $2,750.00 to the "Joint Trade Board of the Drywall Taping Industry;" and

(ii)    Precision shall pay attorneys' fees and costs incurred in connection with the Petition as well as any costs incurred in enforcing the judgment entered by the Court; accordingly, the case is closed.

**Dated**: New York, New York
         June 8, 2021

                                                **RUBY J. KRAJICK**
                                                   Clerk of Court

                                       **BY:** _____
                                                    **Deputy Clerk**